■ In the Matter of SANDRA STIDHAM, Appellant, v GARY STIDHAM, Respondent. [10 NYS3d 476]—Appeal from an order of

the Family Court, Monroe County (John B. Gallagher, Jr., J.), entered October 21, 2013 in a proceeding pursuant to Family Court Act article 4. The order denied petitioner's written objections to the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Carni, Lindley and DeJoseph, JJ.